**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**MONDRIC F. BRADLEY**                                                   **PETITIONER**

**VS.**                      **CIVIL ACTION NO. 3:05CV238LN**

**THE STATE OF MISSISSIPPI
and JIM HOOD**                      **RESPONDENTS**

**ORDER**

      This matter came before the court on two pleadings filed by Bradley, styled "Pro Se Self Styled Application by Motion for Leave to Proceed in the Mississippi Supreme Court of Appeals for Summary Judgment Relief under Rule 56" and "Pro Se Motion for Active Case Status." This court has no control over whether the Petitioner submits a pleading to any state court; therefore, the first Motion will be denied. As to the second Motion, the relief sought by the Petitioner is unclear. His case is "active" in the sense that it is pending on the court's docket. Therefore, the second Motion will likewise be denied.

      IT IS, THEREFORE, ORDERED that the Pro Se Self Styled Application by Motion for Leave to Proceed in the Mississippi Supreme Court of Appeals for Summary Judgment Relief under Rule 56 and Pro Se Motion for Active Case Status are hereby **denied**.

      IT IS SO ORDERED, this the 23rd day of January, 2006.

                                                       S/Alfred G. Nicols, Jr.
                                          UNITED STATES MAGISTRATE JUDGE