**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**MONDRIC F. BRADLEY**                                                                           **PETITIONER**

**VS.**                                                     **CIVIL ACTION NO. 3:05CV238LN**

**THE STATE OF MISSISSIPPI**
**and JIM HOOD**                                                            **RESPONDENTS**

## ORDER

This matter came before the court on the Petitioner's "Pro Se Self Styled Motion for an Order." Apparently, the Petitioner is still complaining about the fact that the court has given the Respondents an extension of time in which to respond to his Petition for Writ of Habeas Corpus. The court has addressed this issue once and does not intend to re-visit it. He also wants a signed copy of the Order granting that extension. There is no signed copy. The extension was granted by a "Text Only" Order, which is done administratively on simple motions, and, although a Judge has approved the relief, a written Order is not prepared.

IT IS, THEREFORE, ORDERED that the Pro Se Self Styled Motion for an Order is hereby **denied**.

IT IS SO ORDERED, this the 25th day of January, 2006.

                                                                             S/Alfred G. Nicols, Jr.
                                                    UNITED STATES MAGISTRATE JUDGE