IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**MONDRIC F. BRADLEY**                                                            **PETITIONER**

**VS.**                                                      **CIVIL ACTION NO. 3:05CV238LN**

**THE STATE OF MISSISSIPPI**
**and JIM HOOD**                                                       **RESPONDENTS**

## ORDER

This matter came before the court on the Respondents' Motion for Additional Time within which to File and Answer. This case was filed in April, 2005. From that time until November, 2005, the Petitioner was ordered several times to amend his Petition, and he received numerous extensions of time to complete that task. Bradley's Second Amended Petition was finally filed on November 22, 2005. The Respondents were initially ordered to respond by an Order entered on November 23. Since that date the Respondents have been granted two extensions of time within which to answer, and the Petitioner has strenuously objected to each extension. The Respondents have now filed a third Motion for an extension, seeking a deadline of May 31, 2006, to answer the Petition.

Based on the reasons proffered by the Respondents in support of their Motion, the court is inclined to grant their request for additional time. This will be the final extension permitted by the court. While the Petitioner will, no doubt, object to this extension, he has been given ample opportunity to modify his pleading so as to state a viable claim.

Additionally, the Petitioner has several motions that are pending in this matter, most of which relate to his objections to giving the Respondents additional time to answer his Petition. Those

Motions will be denied. One Motion is intended to clarify an earlier filing, and that Motion will be granted.

IT IS, THEREFORE, ORDERED as follows:

1. The Petitioner's Motion to Clarify is hereby **granted**.

2. The Petitioner's Motion for Objection, Motion for Contempt Judgment, Motion for Case Status of Objection, and Motion of Objection are hereby **denied**.

3. The Respondents' Motion for Additional Time within which to File an Answer is hereby **granted**, and the Respondents have until May 31, 2006, within which to respond to the Petition in this matter. **NO FURTHER EXTENSIONS WILL BE GRANTED**.

IT IS SO ORDERED, this the 29th day of January, 2006.

S/James C. Sumner  
UNITED STATES MAGISTRATE JUDGE
