IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


MONDRIC F. BRADLEY                                      PETITIONER


VS.                                  CIVIL ACTION NO. 3:05CV238TSL-JCS

THE STATE OF MISSISSIPPI                               RESPONDENTS
AND JIM HOOD

<u>ORDER</u>

This cause is before the court on the objection of petitioner Mondric F. Bradley to the magistrate judge's report and recommendation entered on April 25, 2008.  Having reviewed petitioner's submission, the court now concludes that petitioner's objection is without merit and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate James C. Sumner entered on or about April 25, 2008, be, and the same is hereby, adopted as the finding of this court.

SO ORDERED this 2nd_day of June, 2008.


                        /s/ Tom S. Lee_____
                        UNITED STATES DISTRICT JUDGE