```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       JACKSON DIVISION
```

MONDRIC F. BRADLEY                                      PETITIONER

VS.                           CIVIL ACTION NO. 3:05CV238TSL-JCS

THE STATE OF MISSISSIPPI                                RESPONDENTS
AND JIM HOOD

## JUDGMENT

Having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this Court, the Court finds that the same entire action should be dismissed with prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the respondents, and that this action is dismissed with prejudice.

SO ORDERED this the 2nd day of June, 2008.

```
                              /s/ Tom S. Lee_____
                              UNITED STATES DISTRICT JUDGE
```